13-32888-H5-13

Debtor: Rosalie Conner

21006 James Long Ct.

Richmond, Tx. 77406

Social Security #: .4747

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY - 3 2013

David J. Bradley, Clerk of Court

Creditor: GMAC Mortgage, LLC

P.O. Box 780

3451 Hammond Ave

Waterloo, IA 50704-0780

Acct #:

Mtg Servicer: Ocwen