United States ...
Southern District of Texas
FILED

AUG 23 2013

David J. Bradley, Clerk of Court

Certificate Number: 14751-TXS-DE-021678648

Bankruptcy Case Number: 13-32888

14751-TXS-DE-021678648

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2013, at 9:20 o'clock PM PDT, ROSALIE CONNER completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   August 21, 2013                By:     /s/AMEY AIONO

                                       Name:  AMEY AIONO

                                       Title:  Certified Credit Counselor